```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 16672
    LISA M LEJEUNE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-4305


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/27/2008 and was confirmed 09/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  36.00%.

     The case was dismissed after confirmation 12/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID

--------------------------------------------------------------------------------
STATE FARM BANK            SECURED VEHIC     2497.12           57.52         1904.81
STATE FARM                 UNSECURED         NOT FILED           .00             .00
ECMC                       UNSECURED        110639.95            .00             .00
AMERICAN EXPRESS BANK      UNSECURED           366.53            .00             .00
FIA CARD SERVICES          UNSECURED           810.73            .00             .00
CAPITAL ONE                UNSECURED          3122.30            .00             .00
ECAST SETTLEMENT           UNSECURED          1638.22            .00             .00
CHASE BP                   UNSECURED         NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED          1259.87            .00             .00
RICHARD P KOMYATTE & ASS   FILED LATE             .00            .00             .00
ECAST SETTLEMENT CORP      UNSECURED          3020.46            .00             .00
DIRECT MERCHANTS BANK      UNSECURED         NOT FILED           .00             .00
GEMB/HH GREGG              UNSECURED         NOT FILED           .00             .00
SAVVIS COMMUNICATIONS      UNSECURED         NOT FILED           .00             .00
GE CAPITAL CORP            UNSECURED         NOT FILED           .00             .00
HSBC                       UNSECURED           542.87            .00             .00
HSBC NV/GM CARD            UNSECURED         NOT FILED           .00             .00
ECAST                      UNSECURED          5524.31            .00             .00
CHASE BANK USA NA          UNSECURED           524.99            .00             .00
GE MONEY BANK              UNSECURED           772.47            .00             .00
MACYS DSNB                 UNSECURED         NOT FILED           .00             .00
MACYS DSNB                 UNSECURED         NOT FILED           .00             .00
MERRICK BANK               UNSECURED          1902.24            .00             .00
ROUNDUP FUNDING LLC        UNSECURED           448.27            .00             .00
ROUNDUP FUNDING LLC        UNSECURED           791.91            .00             .00
UNITED CASH LOANS          UNSECURED         NOT FILED           .00             .00
PORTFOLIO RECOVERY         UNSECURED          2121.33            .00             .00
ROUNDUP FUNDING LLC        UNSECURED           744.16            .00             .00
ROUNDUP FUNDING LLC        UNSECURED           921.63            .00             .00
GE CONSUMER FINANCE        UNSECURED          2097.36            .00             .00
GE CONSUMER FINANCE        UNSECURED          1668.39            .00             .00
AMERICAN EXPRESS BANK      UNSECURED              .00            .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 16672 LISA M LEJEUNE
```

```
CASH TRANSFER CENTER      UNSECURED      NOT FILED             .00             .00
LEGAL HELPERS PC          DEBTOR ATTY    2,950.00                              .00
TOM VAUGHN                TRUSTEE                                           157.67
DEBTOR REFUND             REFUND                                               .00
```

Summary of Receipts and Disbursements:

```
                              RECEIPTS        DISBURSEMENTS

TRUSTEE                      2,120.00

PRIORITY                                             .00
SECURED                                         1,904.81
    INTEREST                                        57.52
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              157.67
DEBTOR REFUND                                        .00
                          ---------------    ---------------
TOTALS                       2,120.00           2,120.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 03/05/09       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```